UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN B. DARNELL, ET AL

VERSUS

CHARLES WILLIAMS, ET AL

CIVIL ACTION

NO. 11-428-BAJ-CN

**RULING AND
ORDER OF REMAND**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 1, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's motion to remand (doc. 6) is granted and this action is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, September 30, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA